IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT TAYLOR, individually and derivatively on behalf of BLUE TREE MANAGEMENT LLC,<br><br>    Plaintiff,<br> v.<br><br>ANIELLO ZAMPELLA, CHAD RUSSO, PIERRE BASMAJI, and COTTONWOOD VENDING LLC,<br><br>    Defendants,<br><br>and BLUE TREE MANAGEMENT LLC,<br><br>    Nominal Defendant. | Case No. 1:23-cv-08409-LJL |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that I, Ievgeniia P. Vatrenko, Esq., hereby appear on behalf of Aniello Zampella, defendant in the above-captioned case, and request that all notices given or required to be given, and all papers served or required to be served in the above-captioned matter and all other cases consolidated herewith, be given to and served upon me.

Dated: Brooklyn, New York
   March 27, 2024

                /s/ *Ievgeniia P. Vatrenko*
               Ievgeniia P. Vatrenko, Esq.
               2 Northside Piers
               Brooklyn, New York 11249
               Tel: 718-451-6384
               jenny@vatrenkoesq.com

               *Attorney for Defendant Aniello Zampella*